ROD M. FLIEGEL, Bar No. 168289
NIMA RAHIMI, Bar No. 295173
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

KELSEY E. PAPST, Bar No. 270547
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814.4737
Telephone: 916.830.7211
Facsimile: 916.561.0828

Attorneys for Defendants
CALIFORNIA HEALTH & WELLNESS PLAN
and CENTENE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTENE D. ABNEY, SARAH ABELLA, JUANITA DENISE JERRETT, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HEALTH & WELLNESS PLAN, a California corporation, and CENTENE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:14-CV-02329-MCE-DAD<br><br>**ORDER** |
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ORDER                                              Case No. 2:14-CV-02329-MCE-DAD

## **ORDER**

The Court, having considered the Parties' stipulation for a stay of all proceedings and discovery until January 26, 2015, orders that this matter is hereby stayed until January 26, 2015. Upon the expiration of the stay ordered herein, and not later than thirty (30) days after said date, the parties are directed to file a written joint status report with the court.

**IT IS SO ORDERED.**

Dated: November 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER          1.          Case No.  2:14-CV-02329-MCE-DAD