ROD M. FLIEGEL, Bar No. 168289
NIMA RAHIMI, Bar No. 295173
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

KELSEY E. PAPST, Bar No. 270547
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814.4737
Telephone: 916.830.7211
Facsimile: 916.561.0828

Attorneys for Defendants
CALIFORNIA HEALTH & WELLNESS PLAN
and CENTENE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTENE D. ABNEY, SARAH ABELLA, JUANITA DENISE JERRETT, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HEALTH & WELLNESS PLAN, a California corporation, and CENTENE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:14-CV-02329-MCE-DAD<br><br>**ORDER** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ORDER                                  Case No. 2:14-CV-02329-MCE-DAD

**ORDER**

The Court, having considered the Parties' stipulation to extend the time for Defendants to respond to the original complaint until February 10, 2015, orders that Defendants must file and serve responsive pleadings to the original complaint in this action by February 10, 2015.

IT IS SO ORDERED.

Dated:  January 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

TTLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER                                1.                        Case No.  2:14-CV-02329-MCE-DAD