1  ROD M. FLIEGEL, Bar No. 168289
   NIMA RAHIMI, Bar No. 295173
2  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
4  Facsimile:   415.399.8490

5  KELSEY E. PAPST, Bar No. 270547
   LITTLER MENDELSON, P.C.
6  500 Capitol Mall, Suite 2000
   Sacramento, CA 95814.4737
7  Telephone:   916.830.7211
   Facsimile:   916.561.0828
8
   Attorneys for Defendants
9  CALIFORNIA HEALTH & WELLNESS PLAN
   and CENTENE CORPORATION
10

11                      UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13 CHRISTENE D. ABNEY, SARAH            Case No.  2:14-CV-02329-MCE-DAD
   ABELLA, JUANITA DENISE JERRETT,
14 and all others similarly situated,
                                        **ORDER GRANTING JOINT**
15              Plaintiffs,             **STIPULATION FOR DISMISSAL WITH**
                                        **PREJUDICE**
16 v.

17 CALIFORNIA HEALTH & WELLNESS
   PLAN, a California corporation, and
18 CENTENE CORPORATION, a Delaware
   corporation,
19
                Defendants.
20

**ORDER**

In accordance with the parties' Joint Stipulation for Dismissal with Prejudice, and good cause appearing, **IT IS HEREBY ORDERED** that this action shall be dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. (41)(a)(1)(A)(ii).

**IT IS FURTHER ORDERED** that each party to this litigation shall bear her/its own costs and attorneys' fees incurred in conjunction with this action.

The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: April 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

TTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

1.   Case No. 2:14-CV-02329-MCE-DAD
[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE